**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
treyd@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 301
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arlene Alanis et al.<br>Plaintiff,<br>vs.<br><br>Tax Breaks, Inc., a Nevada Corporation; Tax Darius Allen and Sharmale McCallum-Allen, husband and wife; Kevin Murphy and Chelsea Murphy, husband and wife,<br><br>Defendants. | Case No.: 2:14-cv-00512-ESW<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

  Plaintiffs give notice that on June 9, 2015 they served their second request for production of documents and second set of interrogatories upon Defendants.

Dated: June 9, 2015                    Respectfully submitted,

                                       **PHILLIPS DAYES NATIONAL**
                                       **EMPLOYMENT LAW FIRM PC**

                                       By  /s/Trey Dayes
                                           Sean C. Davis
                                           Trey Dayes

                                       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2015, I electronically transmitted the attached documents to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Jesse Dylon Cook     jcook@cookpricelaw.com, cookpricelaw@gmail.com, docket@cookpricelaw.com


Zachary Ian Price     zprice@CookPriceLaw.com, Docket@CookPriceLaw.com, priceizach@gmail.com

*Attorney for Defendants*

By: /s/Nasser Abujbarah
      Nasser Abujbarah
      Paralegal to Trey Dayes