WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cinthia Hernandez, et al., | No. CV-14-00512-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Tax Breaks Incorporated, et al., | |
| Defendants. | |

On November 2, 2015, the Court ordered Defendant Tax Breaks, Inc. to obtain counsel no later than November 16, 2015. Defendant Tax Breaks, Inc. has failed to do so. No Notice of Appearance of Counsel has been filed on behalf of Defendant Tax Breaks, Inc.

"A corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Federal Rule of Civil Procedure 16(f) provides that sanctions may be imposed when a party fails to abide by a Court's pre-trial order. Rule 37(b)(2)(A), Fed. R. Civ P., allows the Court to strike a party's pleading and enter default judgment against the party who fails to comply.

"Default against a corporation, or dismissal of its claims, is a permissible sanction for its failure to comply with the requirement that it be represented by counsel." *SEC v. Graham II*, No. 2:09-CV-250JCM(LRL), 2010 WL 2802733, at *1 (D. Nev. July 15, 2010) (citing *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th

Cir. 1993)).  Plaintiffs have filed an Application for Entry of Default against Tax Breaks, Inc. (Doc. 56).

IT IS ORDERED striking Defendant Tax Breaks, Inc.'s Answer (Doc. 36) to Plaintiffs' Amended Complaint (Doc. 34) pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A).

IT IS FURTHER ORDERED granting the Application for Entry of Default against Tax Breaks, Inc. (Doc. 56) pursuant to Federal Rules of Civil Procedure 55(a).  Default is hereby entered against Defendant Tax Breaks, Inc.  The issue of damages remains pending, and the Court will set a default damages hearing upon completion of consideration of dispositive motions.

IT IS FURTHER ORDERED that the Stipulation to Extend Deadline to File Dispositive Motions (Doc. 55) is granted.  The parties shall file dispositive motions no later than February 1, 2016.

Dated this 20th day of January, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge