# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cinthia Hernandez, et al., | No. CV-14-00512-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Tax Breaks Incorporated, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation to Dismiss with Prejudice (Doc. 80), and good cause appearing,

IT IS ORDERED granting the Stipulation to Dismiss with Prejudice (Doc. 80).

IT IS FURTHER ORDERED dismissing this lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 10th day of January, 2017.

_____
Honorable Eileen S. Willett
United States Magistrate Judge